IN THE MATTER OF THE ESTATE OF WALTER R. CARROLL.

April 28, 1987.

Petition for certification denied.   (See 214 *N.J.Super.* 306)

CAMDEN SECURITIES CO. v. DIRECTOR,
DIVISION OF TAXATION.

CAMDEN SECURITIES CO. v. HOLLY C. BAKKE,
CLERK, TAX COURT OF NEW JERSEY.

April 28, 1987.

Petition for certification denied.

WILLIE J. GREEN v. FORD MOTOR COMPANY.

April 28, 1987.

Petition for certification denied.